UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Lynn M. Kramer,<br>    Plaintiff, | \*<br>\*<br>\* |
| v. | \*   Civil Action No. 1:21-cv-_____<br>\* |
| PROCON LLC and Stebbins Commercial Properties LLC,<br>    Defendants. | \*<br>\*<br>\* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' NOTICE OF REMOVAL
## AND DEMAND FOR JURY TRIAL

Please take notice that pursuant to 28 U.S.C. §§1441 and 1446, Defendants PROCON LLC and Stebbins Commercial Properties, LLC, ("Defendants"), by their attorneys, Jackson Lewis P.C., hereby remove this action from the Superior Court of the State of New Hampshire, Hillsborough County, Northern District, to the United States District Court for the District of New Hampshire.

In support of this Notice of Removal, Defendants state as follows:

1.　By Complaint filed on or about June 11, 2021, Plaintiff instituted a claim against Defendants in the Hillsborough County, Northern District, Superior Court. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the Summons and Complaint are attached hereto as Exhibit 1, certified copies of which will be forwarded upon receipt of the state court record from the Hillsborough County, Northern District, Superior Court.

2.　Pursuant to 28 U.S.C. § 1446(a), this notice of removal is timely filed within thirty (30) days of June 11, 2021, the date on which counsel for Defendants first received the Complaint and Summons.

1

3. Defendants have not served any answer or responsive pleading to the Complaint, nor made any appearance or argument before the state court.

4. This Court has original jurisdiction over this action by virtue of federal question jurisdiction pursuant to 28 U.S.C. §1331. Specifically, Plaintiff is alleging violations of the Title VII, 42 U.S.C. §2000(e), et seq., as well as other claims pursuant to state law including discrimination, retaliation, and other statutory violations.

5. Defendants submit this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

6. As this action could have been commenced in this Court, removal is proper. 28 U.S.C. §1441(a). Furthermore, this Court may exercise supplemental jurisdiction over the Plaintiff's state law claims. See 28 U.S.C. §1367(a).

Respectfully submitted,
PROCON LLC and Stebbins Commercial Properties LLC

By their attorneys,
Jackson Lewis P.C.

Dated: June 28, 2021    By:   */s/ Thomas M. Closson*
Thomas M. Closson
NH Bar #9966
Jackson Lewis P.C.
100 International Drive, Suite 363
Portsmouth, New Hampshire 03801
603-559-2700
Thomas.closson@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this date I provided a true and exact copy of this pleading to Heather Burns, Lauren Irwin and Brooke Lovett Shilo, Plaintiff's counsel of record, via electronic mail.

Dated: June 28, 2021          */s/ Thomas M. Closson*
                    Thomas M. Closson
                    NH Bar #9966

4833-6937-5472, v. 1